Case: 4:15-cv-00095-KGB

Robert Trenchard
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022

-------------------------------------------------

**UNITED STATES DISTRICT COURT**

CLERK'S OFFICE

IARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE

600 W CAPITOL AVENUE

SUITE A-149

LITTLE ROCK, ARKANSAS 72201-3325

OFFICIAL BUSINESS

2015 APR -1  AM 9: 00

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 0 1 2015

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD