IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

NOVARTIS AG, NOVARTIS
PHARMACEUTICALS CORPORATION,
MITSUBISHI TANABE PHARMA
CORPORATION, and MITSUI
SUGAR CO., LTD.                                                           PLAINTIFFS

V.                              NO. 4:15-cv-95-KGB

EZRA VENTURES, LLC                                                        DEFENDANT

## ENTRY OF APPEARANCE

Please take notice that the undersigned counsel, Kyle R. Wilson of Wright, Lindsey & Jennings LLP, hereby enters his appearance as counsel for defendant Ezra Ventures, LLC.

>WRIGHT, LINDSEY & JENNINGS LLP
>200 West Capitol Avenue, Suite 2300
>Little Rock, Arkansas 72201
>(501) 371-0808
>Fax: (501) 376-9442
>E-mail: kwilson@wlj.com
>         bglasgow@wlj.com
>
>By: /s/ Kyle R. Wilson
>    Kyle R. Wilson (89118)
>    Richard Blakely Glasgow (2009157)
>
>and
>
>AMIN TALATI & UPADHYE
>Shashank Upadhye
>Joseph E. Cwik
>Jonathan J. Krit
>55 West Monroe Street, Suite 3400
>Chicago, IL 60603
>(312) 466-1033
>E-mail: ezra-fingolimod@amintalati.com

1254624-v1

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Clifford W. Plunkett – *plunkett@fridayfirm.com*

Martin A. Kasten – *mkasten@fridayfirm.com*

I further certify that on April 14, 2015, I served the foregoing via U.S. Mail on the following:

Jane M. Love
Robert Trenchard
WILMER CUTLER PICKERING HALE
 AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007

Kevin S. Prussia
WILMER CUTLER PICKERING HALE
 AND DORR LLP
60 State Street
Boston, MA 02109

Eric Dittmann
Yousef M. Mian
Joseph M. O'Malley
PAUL HASTINGS LLP
75 East 55th Street
New York, NY 10022

/s/ Kyle R. Wilson
Kyle R. Wilson