IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

|  |  |
|---|---|
| NOVARTIS AG, NOVARTIS PHARMACEUTICALS CORPORATION, MITSUBISHI TANABE PHARMA CORPORATION, and MITSUI SUGAR CO., LTD.<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>EZRA VENTURES, LLC<br><br>　　　　　　　Defendants. | Civil Action No. 4:15-cv-00095-KGB |

## PLAINTIFFS' MOTION TO STAY THE SECOND-FILED CASE IN THE EASTERN DISTRICT OF ARKANSAS

For the reasons set forth in their accompanying brief, Plaintiffs Novartis AG, Novartis Pharmaceuticals Corp., Mitsubishi Tanabe Pharmaceutical Corporation, AND Misui Sugar Co., Ltd. respectfully move this Court to stay (or administratively close) this action, pending the outcome of the first-filed substantively identical action pending in the United States District Court for the District of Delaware, No. 15-00150-LPS.

DATED: May 22, 2015

/s/ Clifford W. Plunkett
Clifford W. Plunkett (Ark. Bar No. 95158)
Friday, Eldredge & Clark, LLP
3425 North Futrall Drive, Suite 103
Fayetteville, AR 72703
(479) 695-2011
Plunkett@fridayfirm.com

And

Martin A. Kasten (Ark. Bar No. 99100)
Friday, Eldredge & Clark, LLP
400 West Capitol Ave., Suite 2000
Little Rock, AR 72201
(501) 376-2011
MKasten@fridayfirm.com

*Attorneys for Novartis AG, Novartis Pharmaceuticals Corporation, Mitsubishi Tanabe Pharma Corporation, and Mitsui Sugar Co., Ltd.*

OF COUNSEL:

Jane M. Love, Ph.D.
Robert Trenchard
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 937-7233

jane.love@wilmerhale.com
robert.trenchard@wilmerhale.com

Kevin S. Prussia
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

kevin.prussia@wilmerhale.com

*Attorneys for Novartis AG and Novartis Pharmaceuticals Corporation*

Joseph M. O'Malley
Eric W. Dittmann
Yousef M. Mian
PAUL HASTINGS LLP
75 East 55th Street
New York, NY 10022
(212) 318-6000

josephomalley@paulhastings.com
ericdittmann@paulhastings.com
yousefmian@paulhastings.com

*Attorneys for Mitsubishi Tanabe Pharma Corporation and Mitsui Sugar Co., Ltd.*

## CERTIFICATE OF SERVICE

      I, Clifford W. Plunkett, hereby certify that on May 22, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

| | |
|---|---|
| Kyle R. Wilson<br>Richard Blakely Glasgow<br>WRIGHT, LINDSEY & JENNINGS LLP<br>200 W. Capitol Ave., Suite 2300<br>Little Rock, AR 72201<br>Fax (501) 376-9442<br>Email: kwilson@wlj.com<br>       bglasgow@wlj.com | Shashank Upadhye (*pro hac vice*)<br>Joseph E. Cwik (*pro hac vice*)<br>Jonathan Kri (*pro hac vice*)<br>AMIN TALATI & UPADHYE<br>55 W. Monroe St., Suite 3400<br>Chicago, IL 60603<br>Email: ezra-fingolimod@amintalati.com |

                                                      */s/ Clifford W. Plunkett*
                                                      Clifford W. Plunkett