IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVARTIS AG, NOVARTIS PHARMACEUTICALS CORPORATION, MITSUBISHI TANABE PHARMA CORPORATION, and MITSUI SUGAR CO., LTD.<br><br>Plaintiffs,<br><br>vs.<br><br>EZRA VENTURES, LLC<br><br>Defendant. | Case No. 15-CV-00150-LPS |

### EZRA VENTURES, LLC'S
### MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

Defendant Ezra Ventures, LLC ("Defendant") hereby moves for dismissal of Plaintiffs' complaint pursuant to Federal Rule of Civil Procedure 12(b)(2) or in the alternative transfer the case to the District of New Jersey where the Court has personal jurisdiction over all parties. The grounds for Defendant's motion are set forth in Defendant's Opening Brief in Support of Its Motion to Dismiss for Lack of Personal Jurisdiction.

| | |
|---|---|
| Dated: April 2, 2015 | STAMOULIS & WEINBLATT LLC |
| OF COUNSEL<br><br>Shashank Upadhye<br>Joseph E. Cwik<br>Jonathan J. Krit<br>AMIN TALATI & UPADHYE<br>55 W. Monroe St., Suite 3400<br>Chicago, IL 60603<br>Telephone: (312) 327-3368<br>ezra-fingolimod@amintalati.com | /s/ Stamatios Stamoulis<br>Stamatios Stamoulis #4606<br>stamoulis@swdelaw.com<br>Richard C. Weinblatt #5080<br>weinblatt@swdelaw.com<br>Two Fox Point Centre<br>6 Denny Road, Suite 307<br>Wilmington, DE 19809<br>Telephone: (302) 999-1540<br><br>*Attorneys for Defendant*<br>*Ezra Ventures, LLC* |

EXHIBIT 2