IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| NOVARTIS AG, NOVARTIS PHARMACEUTICALS CORPORATION, MITSUBISHI TANABE PHARMA CORPORATION, and MITSUI SUGAR CO., LTD<br><br>Plaintiffs,<br><br>v.<br><br>EZRA VENTURES, LLC<br><br>Defendant. | Civil Action No. 4:15-cv-00095-KGB |

## PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION TO STAY THE SECOND-FILED CASE IN THE EASTERN DISTRICT OF ARKANSAS

COME NOW the Plaintiffs, Novartis AG, Novartis Pharmaceuticals Corp., Mitsubishi Tanabe Pharmaceutical Corporation, and Mitsui Sugar Co., Ltd. ("Plaintiffs"), by and through their counsel of record, for their unopposed motion for leave to file reply in support of their Motion to Stay the Second-Filed Case in the Eastern District of Arkansas, state:

1. On May 22, 2015, Plaintiffs filed their Motion to Stay the Second-Filed Case in the Eastern District of Arkansas (Doc. No. 26) in this matter.

2. On June 5, 2015, Ezra Ventures, LLC ("Defendant") filed its response to the Plaintiffs' Motion (Doc. No. 28). Defendant raised issues in its response that Plaintiffs desire to address and clarify through the filing of a Reply.

3. Plaintiffs have contacted Defendant's counsel who has stated that Defendant has no objection to Plaintiffs' Motion for Leave to File Reply.

4. Plaintiffs respectfully request that the Court grant them leave to reply to the Defendant's response to Plaintiffs' Motion to Stay.

WHEREFORE, for the above stated reasons, the Plaintiffs respectfully request that the Court grant them leave to file a reply in support of their Motion to Stay the Second-Filed Case in the Eastern District of Arkansas, that the reply be due on June 12, 2015, and that the Court grant all other just and proper relief.

Respectfully submitted,

/s/ Clifford W. Plunkett
Clifford W. Plunkett (Ark. Bar No. 95158)
Friday, Eldredge & Clark, LLP
3425 North Futrall Drive, Suite 103
Fayetteville, AR 72703
(479) 695-2011
Plunkett@fridayfirm.com

And

Martin A. Kasten (Ark. Bar No. 99100)
Friday, Eldredge & Clark, LLP
400 West Capitol Ave., Suite 2000
Little Rock, AR 72201
(501) 376-2011
MKasten@fridayfirm.com

*Attorneys for Novartis AG, Novartis Pharmaceuticals Corporation, Mitsubishi Tanabe Pharma Corporation, and Mitsui Sugar Co., Ltd.*

OF COUNSEL:

| | |
|---|---|
| Jane M. Love, Ph.D.<br>Robert Trenchard<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>(212) 937-7233<br><br>jane.love@wilmerhale.com<br>robert.trenchard@wilmerhale.com | Joseph M. O'Malley<br>Eric W. Dittmann<br>Yousef M. Mian<br>PAUL HASTINGS LLP<br>75 East 55th Street<br>New York, NY 10022<br>(212) 318-6000<br><br>josephomalley@paulhastings.com<br>ericdittmann@paulhastings.com<br>yousefmian@paulhastings.com<br><br>*Attorneys for Mitsubishi Tanabe Pharma Corporation and Mitsui Sugar Co., Ltd.* |

Kevin S. Prussia
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

kevin.prussia@wilmerhale.com

*Attorneys for Novartis AG and Novartis Pharmaceuticals Corporation*

## CERTIFICATE OF SERVICE

I, Clifford W. Plunkett, hereby certify that on June 9, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

| | |
|---|---|
| Kyle R. Wilson<br>Richard Blakely Glasgow<br>WRIGHT, LINDSEY & JENNINGS LLP<br>200 W. Capitol Ave., Suite 2300<br>Little Rock, AR 72201<br>Fax (501) 376-9442<br>Email: kwilson@wlj.com<br>       bglasgow@wlj.com | Shashank Upadhye (*pro hac vice*)<br>Joseph E. Cwik (*pro hac vice*)<br>Jonathan Kri (*pro hac vice*)<br>AMIN TALATI & UPADHYE<br>55 W. Monroe St., Suite 3400<br>Chicago, IL 60603<br>Email: ezra-fingolimod@amintalati.com |

/s/ Clifford W. Plunkett
Clifford W. Plunkett