IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

NOVARTIS AG, NOVARTIS
PHARMACEUTICALS CORPORATION,
MITSUBISHI TANABE PHARMA
CORPORATION, and MITSUI SUGAR
CO., LTD.                                                                                           PLAINTIFFS

v.                              Case No. 4:15-cv-00095 KGB

EZRA VENTURES, LLC                                                                      DEFENDANT

## ORDER

Before the Court is plaintiffs' unopposed motion for leave to file reply in support of plaintiffs' motion to stay (Dkt. No. 29). For good cause shown, the Court grants plaintiffs' motion for leave to file reply. The Court directs plaintiffs to file their reply within 10 days of the date of entry of this Order.

SO ORDERED this 9th day of June, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE