IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| NOVARTIS AG, NOVARTIS PHARMACEUTICALS CORPORATION, MITSUBISHI TANABE PHARMA CORPORATION, and MITSUI SUGAR CO., LTD.<br><br>Plaintiffs,<br><br>v.<br><br>EZRA VENTURES, LLC<br><br>Defendant. | Case No. 4:15-cv-00095-KGB |

## AFFIDAVIT OF SERVICE

Comes now Martin A. Kasten, after being sworn under oath, and for his Affidavit states on personal knowledge the following:

1. On June 10, 2015, I caused a letter with enclosures to be hand-delivered to Mr. Blake Glasgow, counsel of record for Defendant Ezra Ventures, LLC, at his business address with the law firm of Wright, Lindsey & Jennings. The letter was accompanied by a summons to Ezra Ventures, LLC and the complaint in this case. Mr. Glasgow had previously agreed to accept service of process on behalf of his client, Ezra Ventures, LLC, under Rule 4 of the Federal Rules of Civil Procedure.

2. A copy of the letter and the summons are attached hereto as Exhibit A. For purposes of brevity, the complaint is omitted from the exhibit.

FURTHER AFFIANT SAYETH NOT.

By: _____
MARTIN A. KASTEN

## VERIFICATION

STATE OF ARKANSAS   )
                    )ss
COUNTY OF PULASKI   )

I, Martin A. Kasten, having been duly sworn, state that I have reviewed the contents of the foregoing and find that the statements contained therein are true and correct to the best of my knowledge and belief.

_____
MARTIN A. KASTEN

SUBSCRIBED AND SWORN to before me, a Notary Public, on this __10th__ day of June, 2015.

_____
Notary Public

My Commission Expires:

10-2-23



LOIS MARIE DUNDEE
COMMISSION # 12395190
EXPIRES: October 2, 2023
Pulaski County



# FRIDAY | ELDREDGE & CLARK LLP

Martin A. Kasten | Attorney
Direct: (501) 370-1456
Fax: (501) 244-5330
E-mail: mkasten@fridayfirm.com

400 West Capitol Avenue
Suite 2000
Little Rock, Arkansas 72201-3522
www.FridayFirm.com

June 10, 2015

Blake Glasgow
WRIGHT, LINDSEY & JENNINGS
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699

**VIA HAND DELIVERY**

Re: *Novartis AG, Novartis Pharmaceuticals Corporation, Mitsubishi Tanabe Pharma Corporation, and Mitsui Sugar Co., Ltd. v. Ezra Ventures, LLC*; U.S.D.C., Eastern District of Arkansas, Western Division; Case No. 4:15-CV-95 KGB

Dear Blake:

Consistent with your agreement to accept service of process for Defendant Ezra Ventures, LLC under Rule 4 of the Federal Rules of Civil Procedure, enclosed please find a summons and complaint in the above-captioned case. We again thank you for the professional courtesy of accepting this service of process.

Very truly yours,

Martin A. Kasten

MAK:jls
Enclosures



EXHIBIT A

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Arkansas

| | |
|---|---|
| NOVARTIS AG, NOVARTIS PHARMACEUTICALS CORPORATION, MITSUBISHI TANABE PHARMA CORPORATION, and MITSUI SUGAR CO., LTD. <br><br> *Plaintiff(s)* <br> v. <br> EZRA VENTURES, LLC <br><br> *Defendant(s)* | Civil Action No. 4:15-cv-95-KGB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* EZRA VENTURES, LLC
Registered Agent: Fred Perkins
200 West Capitol Ave.
Suite 2300
Little Rock, Arkansas, 72201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Clifford W. Plunkett, Friday, Eldredge & Clark, LLP, 3425 North Futrall Drive, Suite 103, Fayetteville, Arkansas 72703-4820, telephone: 479-695-2011; and Martin A. Kasten, Friday, Eldredge & Clark, LLP, 400 West Capitol Avenue, Suite 2000, Little Rock, Arkansas 72201-3522; telephone: 501-376-2011.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES W. McCORMACK
*CLERK OF COURT*

Date: 06/09/2015

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:15-cv-95-KGB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.

Date: _____       _____
                                                    *Server's signature*

                                                    _____
                                                    *Printed name and title*


                                                    _____
                                                    *Server's address*

Additional information regarding attempted service, etc: