IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| NOVARTIS AG, NOVARTIS PHARMACEUTICALS CORPORATION, MITSUBISHI TANABE PHARMA CORPORATION, and MITSUI SUGAR CO., LTD<br><br>Plaintiffs,<br><br>v.<br><br>EZRA VENTURES, LLC<br><br>Defendant. | Civil Action No. 4:15-cv-00095-KGB |

## PLAINTIFFS' NOTIFICATION TO THE COURT REGARDING THEIR MOTION TO STAY THE SECOND-FILED CASE IN THE EASTERN DISTRICT OF ARKANSAS

Plaintiffs file this notification to alert the Court of three recent developments in the first-filed litigation with Ezra in Delaware, and to assist the Court with its resolution of Plaintiffs' Motion to Stay the second-filed litigation in Arkansas.

On June 22, 2015, the Delaware district court denied Ezra's motion for certification of interlocutory appeal of the order denying Ezra's motion to dismiss for lack of personal jurisdiction. *See* Ex. A, Transcript of Teleconference at 23, *Novartis AG v. Ezra Ventures LLC*, C.A. No. 15-150-LPS (D.Del.) ("Having given it a lot of thought and had some questions answered today, I am going to go ahead and deny the 1292(b) motion that is the request from the two sets of defendants on the call today for certification of an interrogatory appeal."); *see id.* at 26 ("I am also concerned, as I raised during the discussion, about piecemeal litigation which

generally we try to avoid...."); *id.* at 27 (acknowledging existence of a third Gilenya patent, rejecting argument that this Court's scheduling order set earlier deadlines than the proposed Delaware order, and recognizing "there are no circumstances in which the defendants could be marketing their generic products until more than two years from now, in September of 2017 based on their paragraph III filings.")

On June 23, 2015, the Delaware district court issued the attached oral order denying Ezra's motion for certification. *See* Ex. B, C.A. 15-150, D.I. 40, Oral Order ("For the reasons stated during yesterday's teleconference, it is HEREBY ORDERED that Defendant's Motion for Certification for Interlocutory Appeal and Corresponding Written Order (D.I. 30) is DENIED.").

On June 24, 2015, the Delaware district court entered the attached Scheduling Order, denying Ezra's request that its Delaware case be treated differently from the other Delaware Gilenya litigations, and coordinating all three Delaware Gilenya cases for all pre-trial purposes. *See* Ex. C, C.A. 15-150, D.I. 41, Scheduling Order.

Dated: July 2, 2015

Respectfully submitted,

*/s/ Clifford W. Plunkett*
Clifford W. Plunkett (Ark. Bar No. 95158)
Friday, Eldredge & Clark, LLP
3425 North Futrall Drive, Suite 103
Fayetteville, AR 72703
(479) 695-2011
Plunkett@fridayfirm.com

And

Martin A. Kasten (Ark. Bar No. 99100)
Friday, Eldredge & Clark, LLP
400 West Capitol Ave., Suite 2000
Little Rock, AR 72201
(501) 376-2011
MKasten@fridayfirm.com

*Attorneys for Novartis AG, Novartis Pharmaceuticals Corporation, Mitsubishi Tanabe Pharma Corporation, and Mitsui Sugar Co., Ltd.*

OF COUNSEL:

Jane M. Love, Ph.D.
Robert Trenchard
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 937-7233

jane.love@wilmerhale.com
robert.trenchard@wilmerhale.com

Joseph M. O'Malley
Eric W. Dittmann
Yousef M. Mian
PAUL HASTINGS LLP
75 East 55th Street
New York, NY 10022
(212) 318-6000

josephomalley@paulhastings.com
ericdittmann@paulhastings.com
yousefmian@paulhastings.com

*Attorneys for Mitsubishi Tanabe Pharma Corporation and Mitsui Sugar Co., Ltd.*

Kevin S. Prussia
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

kevin.prussia@wilmerhale.com

*Attorneys for Novartis AG and Novartis Pharmaceuticals Corporation*

## CERTIFICATE OF SERVICE

    I, Clifford W. Plunkett, hereby certify that on July 2, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

| | |
|---|---|
| Kyle R. Wilson<br>Richard Blakely Glasgow<br>WRIGHT, LINDSEY & JENNINGS LLP<br>200 W. Capitol Ave., Suite 2300<br>Little Rock, AR 72201<br>Fax (501) 376-9442<br>Email: kwilson@wlj.com<br>       bglasgow@wlj.com | Shashank Upadhye (*pro hac vice*)<br>Joseph E. Cwik (*pro hac vice*)<br>Jonathan Kri (*pro hac vice*)<br>AMIN TALATI & UPADHYE<br>55 W. Monroe St., Suite 3400<br>Chicago, IL 60603<br>Email: ezra-fingolimod@amintalati.com |

                                        */s/ Clifford W. Plunkett*
                                        Clifford W. Plunkett

PLAINTIFFS' NOTIFICATION TO THE COURT REGARDING THEIR
MOTION TO STAY
4582843.1/41206.0001
Page 4 of 4