**Fawne S. Wallace**

| | |
|---|---|
| **From:** | ded_nefreply@ded.uscourts.gov |
| **Sent:** | Tuesday, June 23, 2015 2:02 PM |
| **To:** | ded_ecf@ded.uscourts.gov |
| **Subject:** | Activity in Case 1:15-cv-00150-LPS Novartis AG et al v. Ezra Ventures LLC Oral Order |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### District of Delaware

#### Notice of Electronic Filing

The following transaction was entered on 6/23/2015 at 3:01 PM EDT and filed on 6/23/2015
**Case Name:**      Novartis AG et al v. Ezra Ventures LLC
**Case Number:**    1:15-cv-00150-LPS
**Filer:**
**Document Number:** 40(No document attached)

**Docket Text:**
ORAL ORDER: For the reasons stated during yesterday's teleconference, it is HEREBY ORDERED that Defendant's Motion for Certification for Interlocutory Appeal and Corresponding Written Order (D.I. 30) is DENIED. It is FURTHER HEREBY ORDERED that, within seven (7) days of the Federal Circuit reaching a decision in the appeal of either the Acorda case (C.A. No. 14-935-LPS) or the AstraZeneca case (C.A. No. 14-696-GMS), whichever is sooner, the parties SHALL meet and confer and submit a joint status report indicating: (1) whether Defendant intends to file a renewed motion to dismiss; (2) if so, whether Plaintiffs intend to oppose such a motion; and (3) if so, on what schedule the parties propose to expeditiously and succinctly brief such a motion. ORDERED by Judge Leonard P. Stark on 6/23/15. (ntl)

**1:15-cv-00150-LPS Notice has been electronically mailed to:**

Michael P. Kelly    mkelly@mccarter.com, djbrown@mccarter.com, tcammock@mccarter.com, tpearson@mccarter.com

Stamatios Stamoulis    stamoulis@swdelaw.com, filings@swdelaw.com, stdennis@swdelaw.com



EXHIBIT

B

Daniel M. Silver    dsilver@mccarter.com, kscott@mccarter.com, tpearson@mccarter.com

Benjamin A. Smyth    bsmyth@mccarter.com

Caitlin R. Looby    caitlin.looby@wilmerhale.com

Joseph E. Cwik    ezra-fingolimod@amintalati.com

Shashank T. Upadhye    ezra-fingolimod@amintalati.com

Robert Trenchard    robert.trenchard@wilmerhale.com

**1:15-cv-00150-LPS Filer will deliver document by other means to:**