**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | |
|---|---|
| NOVARTIS AG, NOVARTIS PHARMACEUTICALS CORPORATION, MITSUBISHI TANABE PHARMA CORPORATION, and MITSUI SUGAR CO., LTD. ) ) ) ) ) ) ) Plaintiffs, ) ) v. ) ) EZRA VENTURES, LLC ) ) Defendant. ) ) ) | Case No. 4:15-cv-00095-KGB |

## NOTICE OF CHANGE OF ADDRESS

COMES NOW, Robert W. Trenchard, and provides his Notice of Change of Address as counsel of record for Novartis AG and Novartis Pharmaceuticals Corporation in this case and requests service of all pleadings and notices via ECF notification at the address below.

Respectfully submitted,

Robert W. Trenchard
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193
Tel: (212) 351-3942
Fax: (212) 351-5242
rtrenchard@gibsondunn.com

*Attorneys for Novartis AG and Novartis Pharmaceuticals Corporation*

By: /s/ *Robert W. Trenchard*
    Robert W. Trenchard
    Admitted *Pro Hac Vice*

And

Clifford W. Plunkett
FRIDAY, ELDREDGE & CLARK, LLP
3425 North Futrall Drive, Suite 103
Fayetteville, AR 72703
479-695-1103 - Telephone
479-695-2147 - Facsimile
plunkett@fridayfirm.com

## **CERTIFICATE OF SERVICE**

I, Robert W. Trenchard, hereby certify that on the 16th day of September, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all counsel of record.

                                          */s/ Robert W. Trenchard*
                                          Robert W. Trenchard