**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | |
|---|---|
| NOVARTIS AG, NOVARTIS PHARMACEUTICALS CORPORATION, MITSUBISHI TANABE PHARMA CORPORATION, and MITSUI SUGAR CO., LTD.<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>EZRA VENTURES, LLC<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 4:15-cv-00095-KGB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF CHANGE OF ADDRESS**

COMES NOW, Jane M. Love, Ph.D., and provides her Notice of Change of Address in this case as counsel for Novartis AG and Novartis Pharmaceuticals Corporation and requests service of all pleadings and notices via ECF notification at the address below.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　Jane M. Love, Ph.D.
　　　　　　　　　　　　　　　　Gibson, Dunn & Crutcher LLP
　　　　　　　　　　　　　　　　200 Park Avenue
　　　　　　　　　　　　　　　　New York, NY 10166-0193
　　　　　　　　　　　　　　　　Tel: (212) 351-3922
　　　　　　　　　　　　　　　　Fax: (212) 351-6322
　　　　　　　　　　　　　　　　jlove@gibsondunn.com

　　　　　　　　　　　　　　　　*Attorneys for Novartis AG and Novartis Pharmaceuticals Corporation*


　　　　　　　　　　　　　　　　By: /s/ *Jane M. Love, Ph.D.*
　　　　　　　　　　　　　　　　　　　Jane M. Love, Ph.D.
　　　　　　　　　　　　　　　　　　　Admitted *Pro Hac Vice*

        And

        Clifford W. Plunkett
        FRIDAY, ELDREDGE & CLARK, LLP
        3425 North Futrall Drive, Suite 103
        Fayetteville, AR 72703
        479-695-1103 - Telephone
        479-695-2147 - Facsimile
        plunkett@fridayfirm.com

## **CERTIFICATE OF SERVICE**

I, Jane M. Love, Ph.D., hereby certify that on the 16th day of September, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all counsel of record.

          */s/ Jane M. Love, Ph.D.*
          Jane M. Love, Ph.D.