# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

| | |
|---|---|
| NOVARTIS AG, NOVARTIS PHARMACEUTICALS CORPORATION, MITSUBISHI TANABE PHARMA CORPORATION, and MITSUI SUGAR CO., LTD.,<br><br>    Plaintiffs,<br><br>  v.<br><br>EZRA VENTURES, LLC<br><br>    Defendant. | Case No. 4:15-cv-00095-KGB |

## MOTION FOR LEAVE TO WITHDRAW

Pursuant to Local Rule 83.5(f), Plaintiffs Novartis AG and Novartis Pharmaceuticals Corporation (collectively "Novartis") seek leave from the Court for Wilmer Cutler Pickering Hale and Dorr LLP and Kevin S. Prussia to withdraw as counsel for Novartis in these actions. Friday, Eldredge & Clark, LLP and Gibson Dunn & Crutcher, LLP remain counsel of record for Novartis in these actions, and Plaintiffs have notified counsel for Ezra Ventures LLC.

DATED: October 22, 2015

              Respectfully submitted,

              Clifford W. Plunkett
              FRIDAY, ELDREDGE & CLARK, LLP
              3425 North Futrall Drive, Suite 103
              Fayetteville, AR 72703
              479-695-1103 - Telephone
              479-695-2147 - Facsimile
              plunkett@fridayfirm.com

              By: __/s/ *Clifford W Plunkett*__
                Clifford W. Plunkett

## **CERTIFICATE OF SERVICE**

      I, Clifford W. Plunkett, hereby certify that on October 22 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                                          */s/ Clifford W. Plunkett*
                                                            Clifford W. Plunkett

**MOTION FOR LEAVE TO WITHDRAW**      Page 2 of 2
4758632.1/41206.0001