IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

NOVARTIS AG, NOVARTIS
PHARMACEUTICALS CORPORATION,
MITSUBISHI TANABE PHARMA
CORPORATION, and MITSUI SUGAR
CO., LTD.                                                                                                PLAINTIFFS

v.                                    Case No. 4:15-cv-00095 KGB

EZRA VENTURES, LLC                                                                            DEFENDANT

## ORDER

Before the Court is plaintiffs Novartis AG and Novartis Pharmaceuticals Corporation's Motion for Leave to Withdraw, which seeks leave from the Court for Wilmer Cutler Pickering Hale and Dorr LLP and Kevin S. Prussia to withdraw as counsel for Novartis in these actions (Dkt. No. 39).  For good cause shown, the Court grants the motion.  Wilmer Cutler Pickering Hale and Dorr LLP and Kevin S. Prussia are no longer counsel of record for Novartis AG and Novartis Pharmaceuticals Corporation.

SO ORDERED this 26th day of October, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE